# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| SHIREHAMPTON DRIVE TRUST, | Case No. 2:16-cv-02276-RFB-GWF |
| Plaintiff, | |
| v. | ORDER |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; MTC FINANCIAL INC. DBA TRUSTEE CORPS; LOUISA OAKENELL; and UNITED STATES OF AMERICA TREASURY DEPARTMENT, INTERNAL REVENUE SERVICE, | |
| Defendants. | |
| JPMORGAN CHASE BANK, N.A., | |
| Counterclaimant, | |
| v. | |
| SHIREHAMPTON DRIVE TRUST; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, | |
| Counterdefendants. | |

On April 21, 2017, this Court certified a question of law regarding NRS 116's notice requirement to the Nevada Supreme Court in <u>Bank of N.Y. Mellon v. Star Hill Homeowners Ass'n</u>, Case No. 2:16-cv-02561-RFB-PAL, ECF No. 41. The Court finds that the outcome of that decision will impact the pending motions in this case. For reasons of judicial economy and to avoid inconsistent decisions or partial decisions on some but not all issues, the Court will not consider

any further motions until the parties have had the opportunity to receive and address the Nevada Supreme Court's opinion on this issue.

**IT IS THEREFORE ORDERED** that this case is hereby STAYED.

**IT IS FURTHER ORDERED** that Plaintiff's Shirehampton Drive Trust's Motion for Summary Judgment *Against Defendant United States of America Treasury Department, Internal Revenue Service*, and Motion for Summary Judgment A*gainst Defendant JPMorgan Chase Bank, National Association* are DENIED without prejudice. ECF No. [24] and ECF No. [25].

**IT IS FURTHER ORDERED** that Counter Claimant United States of America, Defendant United States of America's Motion for Summary Judgment Against Plaintiff is DENIED without prejudice. ECF NO. [26].

**IT IS FURTHER ORDERED** that Defendant JPMorgan Bank, National Association's Motion for Summary Judgment is DENIED without prejudice. ECF No. [28].

The moving party shall have 21 days from the date of the Nevada Supreme Court's decision on the certified question to file a modified Motion for Summary Judgment or to file a notice renewing the previously filed motion. The opposing party shall have 21 days to respond. The moving party shall have 14 days to reply.

**DATED** this 22nd day of March, 2018.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**