Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel.: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
        kw@slwlaw.com
Attorneys for Defendant/Counterclaimant
JPMorgan Chase Bank, N.A.

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIREHAMPTON DRIVE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; MTC FINANCIAL INC. DBA TRUSTEE CORPS; LOUISA OAKENELL; and UNITED STATES OF AMERICA TREASURY DEPARTMENT, INTERNAL REVENUE SERVICE,<br><br>Defendants. | CASE NO.: 2:16-cv-02276-RFB-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |
| JPMORGAN CHASE BANK, N.A.,<br><br>Counterclaimant,<br><br>v.<br><br>SHIREHAMPTON DRIVE TRUST; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Counterdefendants. | |

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

Plaintiff Shirehampton Drive Trust ("Plaintiff"), and Defendants JPMorgan Chase Bank, N.A. ("Chase") and United States of America ("United States"), by and through their respective counsel of record, hereby agree as follows:

1.      On September 24, 2018, Plaintiff,[1] Chase, and United States each filed motions for summary judgment in this action. [ECF Nos. 42, 43, 44, and 45.]

2.      On October 12, 2018, United States filed its opposition to Plaintiff's Motion for Summary Judgment against the IRS. [ECF No. 47.]

3.      On October 15, 2018, Plaintiff filed its separate oppositions to Chase's and United States' motions for summary judgment, and Chase filed its opposition to Plaintiff's motion for summary judgment. [ECF Nos. 48, 49, and 50.]

4.      Accordingly, United States' reply brief is currently due to be filed on or before October 26, 2018, and Plaintiff's and Chase's respective reply briefs are currently due to be filed on or before October 29, 2018. (*See* Local Rule 7-2(b).)

5.      Counsel for Chase will be out of the office October 19, 2018 through October 29, 2018, and has therefore requested a brief two-week extension of the reply deadline. For the sake of consistency, the parties desire to modify the deadline for each of the parties' reply briefs from October 26, 2018 (in the case of United States' deadline) and October 29, 2018 (in the case of Plaintiff's and Chase's deadline) to **November 13, 2018**.

. . .

. . .

. . .

---

[1]  Plaintiff filed separate motions against Chase and United States. [*See* ECF Nos. 44 and 45.]

6.     The parties respectfully submit that the instant stipulation is supported by a showing of good cause, and the extension set forth herein is not requested for purposes of delay.

Dated this 23rd day of October, 2018.

SMITH LARSEN & WIXOM


/s/ Katie M. Weber

Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendant/Counterclaimant
JPMorgan Chase Bank, N.A.

Dated this 23rd day of October, 2018.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.


/s/ Adam R. Trippiedi

Michael F. Bohn, Esq.
Nevada Bar No. 1641
Adam R. Trippiedi, Esq.
Nevada Bar No. 12294
2260 Corporate Cir., Suite 480
Henderson, Nevada 89074
Attorney for Plaintiff/Counterdefendant
Shirehampton Drive Trust

Dated this 18th day of October, 2018.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General


BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (v)
202-307-0054 (f)
Boris.Kukso@usdoj.gov


IT IS SO ORDERED:


RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of October, 2018.

3