Karl L. Nielson, Esq.
Nevada Bar No. 5082
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax: (702) 778-6600
Email: karl@harperselim.com
eservice@harperselim.com
Attorneys for Defendant/Counterclaimant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHIREHAMPTON DRIVE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; MTC FINANCIAL INC. DBA TRUSTEE CORPS; LOUISA OAKENELL; and UNITED STATES OF AMERICA TREASURY DEPARTMENT, INTERNAL REVENUE SERVICE,<br><br>Defendants. | CASE NO.: 2:16-cv-02276-RFB-EJY<br><br>**SUBSTITUTION OF ATTORNEY** |
| JPMORGAN CHASE BANK, N.A.,<br><br>Counterclaimant,<br><br>v.<br><br>SHIREHAMPTON DRIVE TRUST; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, | |

Defendant/Counterclaimant JPMorgan Chase Bank, N.A., hereby substitutes Karl L. Nielson, Esq. of the law firm of HARPER | SELIM, 1935 Village Center Circle, Las Vegas, Nevada 89134,

1

telephone number (702) 329-2001, fax number (702) 778-6600, as attorney of record in place and stead of Kent F. Larsen, Esq., and Karl L. Nielson, Esq., of the law firm of SMITH LARSEN & WIXOM as its attorney of record in the above-entitled action.

I hereby consent to substitute Karl L. Nielson, Esq. of the law firm of HARPER | SELIM in the place and stead of Kent F. Larsen, Esq., and Karl L. Nielson, Esq., of the law firm of SMITH LARSEN & WIXOM as my attorneys of record in the above-entitled action.

DATED this 2nd day of April, 2025.

JPMorgan Chase Bank, N.A.

By: Carl Greenfeld
Its: Vice President and Assistant General Counsel

I hereby consent to the substitution of Karl L. Nielson, Esq. of the law firm of HARPER | SELIM as attorneys of record for Defendant/Counterclaimant JPMorgan Chase Bank, N.A., in the above-entitled action.

DATED this 1st day of April, 2025.

SMITH LARSEN & WIXOM

Kent F. Larsen, Esq.
Nevada Bar No. 3463
1935 Village Center Circle
Las Vegas, Nevada 89134

///
///
///
///
///
///
///

I am duly admitted to practice in this District and hereby accept this substitution.

DATED this ___1st___ day of ___April___ 2025.

HARPER | SELIM

_____
Karl L. Nielson, Esq.
Nevada Bar No. 5082
1935 Village Center Circle
Las Vegas, NV 89134

Please check one:  _X_ RETAINED, or ____ APPOINTED BY THE COURT

IT IS SO ORDERED.

DATED: __April 4, 2025__

_____
UNITED STATES MAGISTRATE JUDGE

3